■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE OWENS, Appellant. — Appeal by defendant, as limited by his brief, from a resentence of the Supreme Court, Kings County (Donnelly, J.), imposed October 6, 1977. By order dated May 24, 1982 (*People v Owens,* 88 AD2d 664), this court held the appeal in abeyance pending the filing in this court of a report, pursuant to our order in connection with another appeal by defendant from a sentence of the Supreme Court, Kings County, imposed April 9, 1976 (*People v Owens,* 58 AD2d 587). Criminal Term has now complied. ¶ Resentence affirmed. (See *People v Harris,* 61 NY2d 9.) Mollen, P. J., Mangano, Bracken and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE OWENS, Appellant. — Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Kings County (Thompson, J.), imposed April 9, 1976. By order of this court dated June 6, 1977, this court held the appeal in abeyance and remitted the case to Criminal Term to hear and report on defendant's claim that his predicate felony conviction had been obtained in violation of his constitutional rights (*People v Owens,* 58 AD2d 587). Criminal Term has now complied. ¶ Sentence affirmed (see *People v Owens,* 100 AD2d 977 [No.43]). Mollen, P. J., Mangano, Bracken and O'Connor, JJ., concur.